December 06, 2011

Mr. David C. Duggins
Duggins Wren Mann & Romero, LLP
P.O. Box 1149
Austin, TX 78767-1149

Honorable Linda Chew
327th District Court
500 East San Antonio, Suite 606
El Paso, TX 79901-2457
Mr. Enrique Moreno
Law Offices of Enrique Moreno
701 Magoffin Avenue
El Paso, TX 79901

RE: Case Number: 11-0350
 Court of Appeals Number: 08-11-00139-CV
 Trial Court Number: 2011-846

Style: IN RE GECU

Dear Counsel:

 Today the Supreme Court of Texas granted the Joint Motion for
Abatement and Request for Expedited Ruling and issued the enclosed
abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Gilbert |
| |Sanchez |
| |Ms. Denise |
| |Pacheco |